B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Southern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Packer, James Anthony | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka James Packer;  aka Jim Packer;  aka James A. Packer | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  8644 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>6452 Lake Tahoe Cir.<br>San Diego, CA                         ZIPCODE 92119 | Street Address of Joint Debtor (No. and Street, City, and State                ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                         ZIPCODE | Mailing Address of Joint Debtor (if different from street address):                         ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                         ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:   Chapter 11 Debtors**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30816

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>James Anthony Packer |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:  N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>James Anthony Packer |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

4 - 30 - 10
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _L. Scott Keehn_____
Signature of Attorney for Debtor(s)

L. SCOTT KEEHN 61691
Printed Name of Attorney for Debtor(s)

Keehn & Associates, APC
Firm Name

402 W. Broadway, Suite 1210
Address

San Diego, CA 92101

(619) 400-2200
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.4-749 - 30816

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re_James Anthony Packer_____          Case No._____
                     Debtor(s)                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.4-749 - 30816

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                          Page 2

☐  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____
                                              JAMES ANTHONY PACKER

Date: ____4 - 30 - 10____

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 30816

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re James Anthony Packer                    ,          Case No. _____
_____
               Debtor                                                                Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| PCN Mortgage | Debtor's Res: 6452 Lake Tahoe Dr., San Diego, CA |

Property will be *(check one)*:
    ❏ Surrendered        ❏ Retained

If retaining the property, I intend to *(check at least one)*:
    ❏ Redeem the property
    ☑ Reaffirm the debt
    ❏ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☑ Claimed as exempt        ❏ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Leaf Funding | Debtor's Res: 6452 Lake Tahoe Cir., San Diego, CA |

Property will be *(check one)*:
    ❏ Surrendered        ❏ Retained

If retaining the property, I intend to *(check at least one)*:
    ❏ Redeem the property
    ❏ Reaffirm the debt
    ☑ Other. Explain Avoid lien using 11 USC §522(f)  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☑ Claimed as exempt        ❏ Not claimed as exempt

B 8 (Official Form 8) (12/08)

Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES          ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES          ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES          ☐ NO |

 1    continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  4 - 30 - 10                              _____
                                                Signature of Debtor


                                                _____
                                                Signature of Joint Debtor

**B22A (Official Form 22A) (Chapter 7) (12/08)**

In re  James Anthony Packer
_____
Debtor(s)

Case Number:_____
(If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| --- |
| ☐ **The presumption arises.** |
| ☑ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedule I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

## Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS

| | |
| --- | --- |
| **1A** | If you are a disabled veteran described in the Veteran's Declaration in this Part IA, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| **1B** | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| **1C** | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a.  ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br>        OR<br>    b.  ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-740 - 30816

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|

<table>
<tr><td rowspan="6">2</td><td colspan="3"><strong>Marital/filing status.</strong> Check the box that applies and complete the balance of this part of this statement as directed.</td></tr>
<tr><td colspan="3">a. ☐ <strong>Unmarried. Complete only Column A ("Debtor's Income") for Lines 3-11.</strong></td></tr>
<tr><td colspan="3">b. ☐ <strong>Married, not filing jointly, with declaration of separate households.</strong> By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." <strong>Complete only Column A ("Debtor's Income") for Lines 3-11.</strong></td></tr>
<tr><td colspan="3">c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. <strong>Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.</strong></td></tr>
<tr><td colspan="3">d. ☐ Married, filing jointly. <strong>Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.</strong></td></tr>
<tr><td>All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line.</td><td><strong>Column A Debtor's Income</strong></td><td><strong>Column B Spouse's Income</strong></td></tr>
<tr><td>3</td><td colspan="3"><strong>Gross wages, salary, tips, bonuses, overtime, commissions.</strong></td></tr>
</table>

| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ N.A. | $ N.A. |
|---|---|---|---|

<table>
<tr>
<td rowspan="4">4</td>
<td colspan="3"><strong>Income from the operation of a business, profession or farm.</strong> Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. <strong>Do not include any part of the business expenses entered on Line b as a deduction in Part V.</strong></td>
<td></td><td></td>
</tr>
<tr><td>a.</td><td>Gross receipts</td><td>$ N.A.</td><td></td><td></td></tr>
<tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ N.A.</td><td></td><td></td></tr>
<tr><td>c.</td><td>Business income</td><td>Subtract Line b from Line a</td><td>$ N.A.</td><td>$ N.A.</td></tr>
</table>

<table>
<tr>
<td rowspan="4">5</td>
<td colspan="3"><strong>Rent and other real property income.</strong> Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. <strong>Do not include any part of the operating expenses entered on Line b as a deduction in Part V.</strong></td>
<td></td><td></td>
</tr>
<tr><td>a.</td><td>Gross receipts</td><td>$ N.A.</td><td></td><td></td></tr>
<tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ N.A.</td><td></td><td></td></tr>
<tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td><td>$ N.A.</td><td>$ N.A.</td></tr>
</table>

| 6 | **Interest, dividends and royalties.** | $ N.A. | $ N.A. |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ N.A. | $ N.A. |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ N.A. | $ N.A. |

<table>
<tr>
<td rowspan="2">9</td>
<td colspan="3"><strong>Unemployment compensation.</strong> Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:</td>
<td></td><td></td>
</tr>
<tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ N.A.</td><td>Spouse $ N.A.</td><td>$ N.A.</td><td>$ N.A.</td></tr>
</table>

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 30816

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | $ N.A. | |
| | b. | $ N.A. | |
| | Total and enter on Line 10 | $ N.A. | $ N.A. |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ N.A. | $ N.A. |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ N.A. | |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ N.A. |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: ___California___  b. Enter debtor's household size: __1__ | $ 48,140.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the "The presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ N.A. |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | $ |
| | b. | $ |
| | c. | $ |
| | Total and enter on Line 17. | $ N.A. |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | N.A. |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

## Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ N.A. |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5-4.749 - 30816

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years or older. (The total number of household members must be the same as the number stated in Line 14b). Multiply line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | |

| | **Household members under 65 years of age** | | **Household members 65 years of age or older** | |
|---|---|---|---|---|
| a1. | Allowance per member | N.A. | a2. Allowance per member | N.A. |
| b1. | Number of members | N.A. | b2. Number of members | |
| c1. | Subtotal | N.A. | c2. Subtotal | N.A. |

$  N.A.

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $  N.A. |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $  N.A. |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $  N.A. |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$  N.A.

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |
| | _____ _____ _____ | $  N.A. |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses as in Line 8. ☐ 0 ☐ 1 ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $  N.A. |

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $  N.A. |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) <br> ☐ 1   ☐ 2 or more. <br> Enter, in Line below, the "Ownership Costs" for "One Car" from the IRS Transportation Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.  **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $          N.A. | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $          N.A. | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a.          $          N.A. | |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. <br> Enter, in Line below, the "Ownership Costs" for "One Car" from the IRS Local Standards:  Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of that Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $          N.A. | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $          N.A. | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a.          $          N.A. | |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $          N.A. |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $          N.A. |
| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums on your dependents, for whole life or for any other form of insurance.** | $          N.A. |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to court order or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | $          N.A. |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $          N.A. |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool.  **Do not include other educational payments.** | $          N.A. |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Lin 19B.  **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $          N.A. |
| 32 | **Other Necessary Expenses: telecommunication services**. Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents.  **Do not include any amount previously deducted.** | $          N.A. |
| 33 | **Total Expenses Allowed under IRS Standards.**   Enter the total of Lines 19 through 32 | $          N.A. |

| | **Subpart B: Additional Expense Deductions under § 707(b)** <br> **Note: Do not include any expenses that you have listed in Lines 19-32.** | | |
|---|---|---|---|
| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <br><br> <table><tr><td>a.</td><td>Health Insurance</td><td>$ N.A.</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$ N.A.</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$ N.A.</td></tr></table> <br> Total and enter on Line 34. <br><br> **If you do not actually expend this total amount,** state your actual average expenditures in the space below: <br> $    N.A. | | $    N.A. |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | | $    N.A. |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | $    N.A. |
| 37 | **Home energy costs** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | | $    N.A. |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | | $    N.A. |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | | $    N.A. |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170 (c)(1)-(2) | | $    N.A. |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $    N.A. | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver 4.5.4-749 - 30816

**B22A (Official Form 22A) (Chapter 7) (12/08) - Cont.**

7

| | Subpart C: Deductions for Debt Payment | | | |
|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page.  Enter the total Average Monthly payments on Line 42. | | | |

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|---|
| | a. | | | $ | ☐ yes ☐ no |
| | b. | | | $ | ☐ yes ☐ no |
| | c. | | | $ | ☐ yes ☐ no |
| | | | | Total: Add Line a, b and c | |

$    N.A.

**Other payments on secured claims**. If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page.

43

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |

$    N.A.

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  **Do not include current obligations, such as those set out in Line 28.** | $    N.A. |
|---|---|---|

**Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense.

45

| a. | Projected average monthly Chapter 13 plan payment. | $         N.A. |
|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x         N.A. |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

$    N.A.

| 46 | **Total Deductions for Debt Payment.**  Enter the total of Lines 42 through 45. | $    N.A. |
|---|---|---|

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $    N.A. |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver 4.5.4-740 - 30816

| | Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION | | |
|---|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ | N.A. |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ | N.A. |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ | N.A. |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ | N.A. |

| | **Initial presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| 52 | ☑ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. |
| | ☐ **The amount set forth on Line 51 is more than $10,950.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. |
| | ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | | |
|---|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ | N.A. |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter | $ | N.A. |

| | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| 55 | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII: ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ N.A. |
| b. | | $ N.A. |
| c. | | $ N.A. |
| | Total: Add Lines a, b and c | N.A. |

## Part VIII: VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date: _4 · 30 - 10_     Signature: _____ <br> (Debtor) <br><br> Date: _____     Signature: _____ <br> (Joint Debtor, if any) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 30816

# Form 22 Continuation Sheet

| **Income Month 1** | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

| **Income Month 2** | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

| **Income Month 3** | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

| **Income Month 4** | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

| **Income Month 5** | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

| **Income Month 6** | | |
|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 0.00 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 |
| Unemployment... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 |

## Additional Items as Desi_nated  if an_

## Remarks

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re   James Anthony Packer    ,

Debtor

Case No. _____

Chapter    7

# VERIFICATION OF LIST OF CREDITORS

    I hereby certify under penalty of perjury that the attached List of Creditors which consists of 20 pages, is true, correct and complete to the best of my knowledge.

Date _____ 4-30-10 _____    Signature of Debtor _____

                                      JAMES ANTHONY PACKER

L. Scott Keehn
Keehn & Associates, APC
402 W. Broadway,
Suite 1210
San Diego, CA  92101
(619) 400-2200
(619) 400-2201

Accurate Security
9919 Hilbert St., Ste. D
San Diego, CA   92131


ACS EDI Gateway, Inc.
2324 Killeam Center Blvd.
Tallahassee, FL   32309


American Express Corporate Card
P.O. Box 0001
Los Angeles, CA   90096-0001


American Multi-Cinema, Inc.
13731 Collections Center Drive
Chicago, IL   60693-0137


American Online (AOL)
P.O. Box 60018
Tampa, FL   33660-0018


Americorp Financial, LLC
877 South Adams Road
Birmingham, MI   48009


Arrowhead Mountain Spring Water
P.O. Box 856158
Louisville, KY   40285-6158


AT&T
P.O. Box 78045
Phoenix, AZ   85062-8045


AT&T Managed Internet Services
P.O. Box 78045
Phoenix, AZ   85062-8045


Bank of America Leasing & Capital, LLC
Attn: Penny Wingard
231 S. LaSalle Street
Chicago, IL   60697

Blue Shield of California
Cash Receiving
File 55331
Los Angeles, CA  90074-5331


Buganvillas Resort Vacation Club
Blvd. Francisco Medina Ascencio 999
Puerto Vallarta, Jalisco, México


Cal Express
917 West Grape Street
San Diego, CA  92101


California Choice
P.O. Box 7088
Orange, CA  92863-7088


CDS
1175 Devin Drive
Norton Shores, MI  49441


CDW Direct LLC
P.O. Box 75723
Chicago, IL  60675


Ceridian Benefit Services
P.O. Box 10989
Newark, NJ  07193


CitiBusiness Visa
P.O. Box 6409
The Lakes, NV  88901


City of San Diego
1600 Pacific Hwy, Room 162
San Diego, CA  92101-2474


Cor-O-Van Moving & Storage Co.
Dept. 2638
Los Angeles, CA  90084-2638

County of San Diego
County Treasurer-Tax Collector
1600 Pacific Hwy, Room 162
San Diego, CA  92101-2474


CPU Medical Management Systems
9235 Activity Rd., Suite 104
San Diego, CA  92126-4440


Creative Print Solutions
10405 San Diego Mission Rd., Suite 102
San Diego, CA  92108


Credit Collection Services
Two Wells Avenue, Dept. 587
Newton, MA  02459


Creditors Financial Group, LLC
3131 South Vaughn Way, Ste. 110
Aurora, CO  80014


Data Bill
10201 North 21st Ave., Suite 8
Phoenix, AZ  85021


Dell Financial Services, L.L.C.
99355 Collections Center Drive
Chicago, IL  60693


Dell Financial Services, L.L.C.
99355 Collections Center Drive
Chicago, IL  60693


Dell Financial Services, L.L.C.
99355 Collections Center Drive
Chicago, IL  60693


Dell Financial Services, L.L.C.
99355 Collections Center Drive
Chicago, IL  60693

Department of Industrial Relations
State of California
8765 Aero Dr.
San Diego, CA  92123-1767


Do It Smarter
8555 Aero Drive, Suite 107
San Diego, CA  92123


Ear, Nose, and Throat Assoc of San Diego
5565 Grossmont Center Drive
Bldg 3, Suite 101
La Mesa, CA  91942


EDEX
P.O. Box 665
Jackson, CA  95642


EMC Captive
601 Oakmont Lane, Ste. 200
Westmont, IL  60559-9987


Employment Development Department
Attn:  Leah Durant
10636 Scripps Summit Ct. #202
San Diego, CA  92131


Employment Development Department
State of California
800 Capitol Mall
Sacramento, CA  95814


Evergreen Interiors
13027 Lakeview Granada Drive
Lakeside, CA  92040


FedEx
P.O. Box 7221
Pasadena, CA  91109-7321

Financial Pacific Leasing, LLC
3455 S. 344th Way
Federal Way, WA  98001


Financial Pacific Leasing, LLC
3455 S. 344th Way
Federal Way, WA  98001


Financial Pacific Leasing, LLC
3455 S. 344th Way
Federal Way, WA  98001


Franchise Tax Board
PO Box 942867
Sacramento, CA  94267-0011


HBMA
1540 South Coast Hwy, Suite 203
Laguna Beach, CA  92651


Hillcrest Davidson and Associates, LLC
850 N. Dorothy Dr., Ste 512
Richardson, TX  75081


HIPPA Answer Book
P.O. Box 9405
Gaithersburg, MD  20897-9824


HRA Medical Management Employee
Benefit Funds
1455 Frazee Rd., Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108

HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108

HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108

HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108

HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108

```
HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108
```

```
HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108
```

```
HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA  92106


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA  92106


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA  92106


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA  92106
```

HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA  92106


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA  92106


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA  92106


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA  92106


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA  92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA  92106

HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA   92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA   92106


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA   92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA   92106


HRA Medical Management, Inc.
1455 Frazee Road, Suite 500
San Diego, CA   92108
&
Anthony S. Vacchi, Jr.
2955 McCall Street, Unit 302
San Diego, CA   92106


Internal Revenue Service
P.O. Box C-13
Laguna Niguel, CA   92677-1300


Iron Mountain
PO Box 601018
Los Angeles, CA   90060-1018


Ironstone Bank
Attn: Commercial Leasing Department
16 E. Rowan Street
Raleigh, NC   27609-5750


Ironstone Bank
La Jolla Main Office
853 Pearl Street
La Jolla, CA   92037

Ivans, Inc.
P.O. Box 850001
Orlando, FL  32885-0033


Katleen Mcguirk
1260 Calle Candellero
Chula Vista, CA  91910


Leaf Funding, Inc.
2005 Market Street
15th Floor
Philadelphia, PA  19103


Leaf Funding, Inc.
2005 Market Street
15th Floor
Philadelphia, PA  19103


Leaf Funding, Inc.
c/o Graham, Vaage, LLP
500 N. Brand Blvd., #1030
Glendale,  CA  91203


Macy's
Bankruptcy Processing
P.O. Box 8053
Mason, OH  45040


Main Street National Bank
1102 Kingwood Drive
Kingwood, TX  77339


Medavant Healthcare Solutions
P.O. Box 932068
Atlanta, GA  31193-2068


National City Mortgage
P.O. Box 1820
Dayton, OH  45401-1820

Neopost, Inc.
Corporate Headquarters
30955 Huntwood Ave.
Hayward, CA   94544


Office Depot
P.O. Box 70025
Los Angeles, CA   90074-0025


Office Team
P.O. Box 60000
San Francisco, CA   94160-3484


Pacific Center PT, LLC
P.O. Box 511256
Los Angeles, CA   90051-7811


Part B News
1300 Rockville Pike, Suite 1100
Rockville, MD   20852-3030


Pawnee Leasing Corporation
5830 NW Expressway, Suite 164
Oklahoma City, OK   73162


Perot Systems
2300 West Plano Parkway
Plano, TX   75075


Phelps, Susan C.
8130 La Mesa Blvd., #212
La Mesa, CA   91941


Pioneer Security Services, Inc.
991 Lomas Santa Fe Dr., C415
Solana Beach, CA   92075


PNC
6333 Greenwich Dr.
Suite 100
San Diego, CA 92122

Private Payer News
P.O. Box 9405
Gaithersburg, MD  20897-9824


Pro Claim, Inc.
P.O. Box 32
Andover, NH  03216


Protect America, Inc.
5100 North IH-35, Suite B
Round Rock, Texas 78681


Recall Secure Destruction Svcs.
P.O. Box 79245
City of Industry, CA  91716


Ricoh Business Systems, Inc.
5632 Bolsa Ave.
Huntington Beach, CA  92649


SallieMae
PO Box 9500
Wilkes Barre, PA  18773-9500


San Diego Postal & Shipping Equipment
12255 Crosthwaite Circle
Poway, CA  92064


Selectronics
3205 Midway Dr., Suite D
San Diego, CA  92110


Sharp HealthCare
8695 Spectrum Center Blvd.
San Diego, CA  92123


Sleep Data, Inc.
4420 Hotel Circle Ct. #240
San Diego, CA  92108

So-Cal Graphics
8316 Clairemont Mesa Blvd., #105
San Diego, CA   92111


Software & Information Industry Assoc.
c/o Jeff Linder
1090 Vermont Ave., 6th Floor
Washington, DC   20005-4905


Staples
Dept. LA 1368
P.O. Box 83689
Chicago, IL   60696-3689


State Farm Insurance
Dick Hess Insurance Agency
9330 Clairemont Mesa Blvd., Suite B
San Diego, CA   92123


States Recovery Systems, Inc.
P.O. Box 2860
2951 Sunrise Blvd., Suite 100
Rancho Cordova, CA   95742


Summit Leasing, Inc.
P.O. Box 7
Yakima, WA   98907-0007


Summit Leasing, Inc.
P.O. Box 7
Yakima, WA   98907-0007


Summit Leasing, Inc.
P.O. Box 7
Yakima, WA   98907-0007


Technosoft Corporation
28411 Northwestern Hwy, Suite 640
Southfield, MI   48034

The Coding Network, LLC
Acct. Dept.
37673 Hollister Drive
Palm Desert, CA  92211


Today's Hospitalist
P.O. Box 89
Hilltown, PA  18927


Unity Courier Services, Inc.
3231 Fletcher Drive
Los Angeles, CA  90065


University of California, San Diego
Medical Center
PO Box 2189
Stanton, CA  90680-1389


Valley Couriers, Inc.
P.O. Box 8036
Calabasas, CA  91302


Vanguard Medical Consulting
4615 Oleander Dr., Suite 201A
Myrtle Beach, SC  29577


Velocity Express
P.O. Box 4730
Carol Stream, IL  60197


Veramark Technologies, Inc.
3750 Monroe Ave.
Pittsford, NY  14534


Verizon Wireless
P.O. Box 9622
Mission Hills, CA  91346-9622


VGM Financial Services
P.O. Box 78523
Milwaukee, WI  53278-0523

```
Zeacom, Inc.
18022 Cowan, Suite 110
Irvine, CA  92614
```

Richard M Kipperman, Ch 7 Trustee ( 08-07569-JM7)
Corporate Management
P.O. Box 3010
La Mesa, CA 91944-3010